UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: 2/24/11

Bankruptcy Case No.: 10-41497

Adversary No.: —

Title of Case: Petagaye Andreen Downie

Brief Statement of Motion: Motion to Dismiss

Names and Addresses of moving counsel: John Eggum, Lakelaw, 420 W. Clayton St. Waukegan IL 60085

Representing: David Lerbowitz, Trustee

## AGREED ORDER

This cause having come on for hearing on Trustee's Motion to Dismiss and the Court being advised that the parties have conferred and reached an agreement:

IT IS HEREBY ORDERED,

1. Debtor shall tender $300.00 to Trustee no later than March 28, 2011, to reimburse Trustee for time and expense incurred as a result of Debtor missing three "341" meetings.

2. Trustee will continue the meeting of creditors to March 29, 2011 at 11:30 a.m., to permit Debtor one final opportunity to appear.

3. If Debtor fails to tender the $300.00 payment within the time set forth in paragraph 1, Trustee shall be under no obligation to convene the meeting of creditors.

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT

*Jacqueline P. Cox*